David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484

Attorneys for Plaintiff,
SAM B.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM B.<br><br>   Plaintiff,<br><br>v.<br><br>MOTION PICTURES INDUSTRY PENSION AND HEALTH PLANS; UNITED HEALTHCARE INSURANCE COMPANY; and DOES 1 through 10,<br><br>   Defendants. | Case No.   3:24-cv-04372<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM** |

   Based on the Plaintiff's motion and with good cause appearing, the Court GRANTS Plaintiff's motion to proceed under pseudonym.

   IT IS SO ORDERED

*[signature: Kandis Westmore]*

Kandis A. Westmore
United States Magistrate Judge